LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

WESLEY N. BASS JR,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

No. SACV 19-00159 KK

[~~PROPOSED~~] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FOUR HUNDRED SEVENTY DOLLARS AND 00/100 ($2,470.00) subject to the terms of the stipulation.

DATE: 12/12/19  _____
HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

-1-